UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-796-DMG<br>1:21-bk-10079-MT | Date | February 7, 2023 |

Title  *In Re: Ara Eric Hunanyan*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:  IN CHAMBERS – ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

_X_    filing fee.

Appellant is Ordered to Show Cause no later than **February 22, 2023**, why the appeal should not be dismissed for these deficiencies.  The Court may consider Appellant's filing of the missing required documents and fees to the Bankruptcy Court, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

IT IS SO ORDERED.